JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIANO ADAM LEDEZMA,<br><br>   Petitioner,<br><br>         v.<br><br>RAYMOND MADDEN,<br><br>   Respondent. | CASE No. 2:16-cv-2794-DMG (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, and this action is dismissed.

DATED: October 17, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE